# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 26-mj-2038 |
| Emilio Luis Martinez Diaz | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 3, 2026 in the county of Davidson in the Middle District of Tennessee, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code Sections 1326(a) | Illegal Re-entry of a previously removed Alien |

This criminal complaint is based on these facts:

See Attached statement in support of complaint

☑ Continued on the attached sheet.

/s/ Benjamin Miller
*Complainant's signature*

HSI SA Benjamin Miller
*Printed name and title*

Sworn to me remotely by telephone, in compliance with Fed. R. Crim. P. 4.1.

Date: 02/04/2026

*[signature: James P. O'Hara]*
*Judge's signature*

City and state: Nashville, Tennessee

Hon. James P. O'Hara, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

I, Benjamin Miller, having been duly sworn, hereby depose and swear to the following:

1. I, Benjamin Miller, am a Special Agent with the Department of Homeland Security, U.S. Immigrations and Customs Enforcement, Homeland Security Investigations (HSI). I am currently assigned to the HSI Office of the Special Agent in Charge, Nashville, Tennessee. I have been so employed since October 2019. As an HSI Special Agent, I am familiar with federal statutes including 8 U.S.C. § 1326(a), which makes it unlawful for an individual who has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding to enter the United States, and thereafter without the inspection, admission, parole, or permission of the appropriate federal authorities.

2. The facts contained in this statement are based on first-hand knowledge or information learned during this investigation from law enforcement sources or from witnesses. This statement does not contain each and every detail known by me regarding this investigation. Instead, this statement provides information necessary to establish probable cause to arrest Emilio MARTINEZ DIAZ for a violation of 8 U.S.C. § 1326(a). Except where indicated, all statements referenced herein are set forth in substance and in part, rather than verbatim.

3. On February 3, 2026, the Nashville International Airport Police (BNA-PD) conducted a traffic stop of a vehicle for observed violations of Tennessee's Hands-Free Law (T.C.A. § 55-8-199), which prohibits drivers from holding or supporting a mobile device with any part of their body while driving or operating a motor vehicle. The traffic stop occurred on Murfreesboro Pike in Nashville, which is within the Middle District of Tennessee.

4. The driver identified himself as Emilio MARTINEZ DIAZ and presented a Mexican Consular Identification Card to the BNA-PD officer. BNA-PD requested consent to search the vehicle and MARTINEZ DIAZ voluntarily consented. BNA-PD discovered a bulk amount of U.S. currency inside of a backpack in the backseat of the vehicle. Law enforcement advised MARTINEZ DIAZ of his *Miranda* Rights in Spanish. MARTINEZ DIAZ stated that he understood his rights and claimed ownership of the currency.

5. Officers on scene contacted HSI Nashville for assistance. Queries of law enforcement records and databases identify Emilio MARTINEZ DIAZ as an illegal alien that has been previously deported from the United States multiple times. Immigration records confirmed MARTINEZ DIAZ is a citizen of Mexico with no legal authorization to enter and remain in the United States.

6. Records show that MARTINEZ DIAZ has been removed from the United States three times. On April 9, 2024, MARTINEZ DIAZ was found in the United States without legal status in the United States at or near El Paso, Texas. An Order of Removal was issued. On April 16, 2024, MARTINEZ DIAZ was removed from the United States to Mexico through El Paso, Texas pursuant to the Order of Removal.

7. On October 19, 2024, MARTINEZ DIAZ was found in the United States and his previous Order of Removal was reinstated. On October 29, 2024, MARTINEZ DIAZ was removed from the United States to Mexico through El Paso, Texas.

8. On November 7, 2024, MARTINEZ DIAZ was found in the United States and his previous Order of Removal was reinstated. On the same date, MARTINEZ DIAZ was removed from the United States to Mexico through El Paso, Texas.

9. MARTINEZ DIAZ has no pending applications with the Citizenship and Immigration Services (USCIS). MARTINEZ DIAZ does not appear to be eligible for any relief under the Immigration & Nationality Act, as amended. MARTINEZ DIAZ has not requested permission from the Security of Homeland Security to reapply for admission into the United States.

10. Therefore, I believe Emilio Luis MARTINEZ DIAZ unlawfully entered the United States after a prior deportation, in violation of 8 U.S.C. § 1326(a)(1), and I am requesting a warrant authorizing his arrest.